**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| JESSIE HODGES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:07-0284 |
| | ) | Judge Trauger |
| R.M.S.I. MEDICAL DEPARTMENT NURSES, | ) | |
| CAROL SIMMONS, R.N., and TINA MARCY, | ) | |
| R.N., Director of Nursing, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On March 16, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 87), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendants Simmons and Marcy (Docket No. 76) is **GRANTED**, and all claims against them in this case are **DISMISSED WITH PREJUDICE**. All other named defendants have previously been dismissed from this case. It appears that defendants "R.M.S.I. Medical Department Nurses" were never served as such, and they are hereby **TERMINATED** as parties. This case is **DISMISSED WITH PREJUDICE**. The trial scheduled to begin on April 21, 2009 is **CANCELLED**.

It is so **ORDERED**.

ENTER this 13th day of April 2009.

_____
ALETA A. TRAUGER
U.S. District Judge